Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
GIULIETTA WYCHGEL

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| GIULIETTA WYCHGEL,<br><br>Plaintiff;<br><br>v.<br><br>GC SERVICES, LP,<br><br>Defendant. | Case No.: 2:18-cv-02453<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES Plaintiff, GIULIETTA WYCHGEL, through attorneys, GC SERVICES, LP, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED, |
| DATED: April 19, 2018 | WESTGATE LAW |
|   | By:/s/ Matthew A. Rosenthal |
|   | Matthew A. Rosenthal |
|   | Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2018, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was served via e-mail transmission to the following:

Samantha Marchand
The Rudnicki Firm
6305 Waterford Blvd., Suite 325
Oklahoma City, OK 73118
samantha@rudnickifirm.com

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal