Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
GIULIETTA WYCHGEL

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| GIULIETTA WYCHGEL, | Case No.: 2:18-cv-02453 |
| Plaintiff; | **AMENDED VOLUNTARY DISMISSAL OF A CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| v. | |
| GC SERVICES, LP, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff, GIULIETTA WYCHGEL, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action as to herself in her individual capacity <u>*with prejudice*</u>. Defendant GC Services, LP has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

RESPECTFULLY SUBMITTED,

DATED: April 24, 2018         WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2018, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was served via e-mail transmission to the following:

Samantha Marchand
The Rudnicki Firm
6305 Waterford Blvd., Suite 325
Oklahoma City, OK 73118
samantha@rudnickifirm.com

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal